

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2016

No. 04-15-00729-CV

**CITY OF RIO GRANDE CITY, TEXAS**, and Joel Villarreal, Herman R. Garza III, Arcadio J. Salinas III, Rey Ramirez, and Dave Jones in their Official Capacities,
Appellants

v.

**BFI WASTE SERVICES OF TEXAS, LP** d/b/a Allied Waste Services of Rio Grande Valley,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-604
Honorable Migdalia Lopez, Judge Presiding

## O R D E R

On June 27, 2016, Appellants filed an amended motion to strike Appellee's supplemental brief. Appellants further requested an additional 9,629 words with which to respond and an extension of time in which to file their reply brief. Appellants' amended motion to strike and request for an additional 9,629 words with which to respond are DENIED. Appellants' request for an extension of time in which to file their reply brief is GRANTED. It is therefore ORDERED Appellant's reply brief is due July 11, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court